

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| GLORIA MARIE MCGINN | * | Case No.   06-17678 |
| | * | Chapter   7 |
| | * | |
| | * | Creditor   - GMAC |
| | * | |
| Debtor. | * | Reaffirmation  - Dkt. No. 14 |

### DETERMINATION OF NO UNDUE HARDSHIP

For the reasons set forth on the record at a hearing held, it is by the United States Bankruptcy Court for the District of Maryland,

Determined that the presumption of undue hardship has been rebutted.

cc:   Debtor(s)
      Debtor(s) Counsel - David W. Tonnessen, Esquire
      Creditor - GMAC (Roseville, MN)
      Trustee - Mark J. Friedman

### End Of Order

Reaff-34.5  - 2/9/07